## CAPES • SOKOL • GOODMAN • SARACHAN • PC
### ATTORNEYS AT LAW

• PIERRE LACLEDE CENTER
7701 FORSYTH BOULEVARD
TWELFTH FLOOR
ST. LOUIS, MISSOURI  63105-1818
PHONE 314-721-7701
FAX 314-721-0554
WWW.CAPESSOKOL.COM

Sanford J. Boxerman
Direct Dial:  314-505-5470
Direct Facsimile:  314-505-5471
EMAIL: boxerman@capessokol.com

March 31, 2015

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Headquarters Air Force / AAII (FOIA)
1000 Air Force Pentagon
Washington, D.C.  20330-1000

RE:  FOIA / Privacy Act Request of Mark W. Dubuque

Dear Sir or Madam:

I represent Mark W. Dubuque in connection with Mr. Dubuque's enclosed FOIA/Privacy Act Record Request.  **Please note that Mr. Dubuque has authorized and directed that all of the records he is requesting be sent to me as his legal counsel.**

Mr. Dubuque is an employee of the Boeing Company in St. Louis, Missouri.  In or about November, 2013, Mr. Dubuque learned that he was the subject of an inquiry being conducted by the Air Force Office of Special Investigations.  As a result of this inquiry, Mr. Dubuque was told by an AFOSI agent that his access to continue to work on Special Access Programs was being suspended.

The inquiry took some time to complete.  It is Mr. Dubuque's understanding that the inquiry was, in fact, completed with no adverse findings against him.  However, Mr. Dubuque has never been formally or officially notified of that fact.  Moreover, Mr. Dubuque, while still employed by Boeing, has not had his ability to work on Special Access Programs restored, as far as he is aware.

As a result of this matter, Mr. Dubuque's status has been, and remains, in limbo.  We are sending this request in order to clear up the lingering effects of the inquiry and allow Mr. Dubuque to return to the positions at work he performed prior to the inquiry.

Thank you for your cooperation and assistance.

Sincerely,

*Sanford J. Boxerman*
Sanford J. Boxerman

SJB/js
Enclosure

# FOIA / PRIVACY ACT RECORD REQUEST

I, MARK W. DUBUQUE, hereby request records pertaining to myself pursuant to the Privacy Act and/or the Freedom of Information Act.

My information is as follows:

| | |
|---|---|
| Full Name: | MARK WILLIAM DUBUQUE |
| Address: | 12808 Topping Woods Estates<br>St. Louis, MO 63131<br>USA |
| Telephone No.: | (314) 221-5476 |
| Email: | markdubuque@yahoo.com |
| SSN: | 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 |
| Date of Birth: | January 24, 1963 |
| Place of Birth: | St. Louis, Missouri, USA |

Boeing Company Employee No.:   319358

The information requested is set forth on Attachment 1, entitled "Requested Records", attached hereto and incorporated herein by reference.

I hereby authorize and direct that the records requested herein be sent to my attorney:

SANFORD J. BOXERMAN
CAPES, SOKOL, GOODMAN & SARACHAN, P.C.
7701 FORSYTH BLVD., 12th FLOOR
ST. LOUIS, MO  63105

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above and I understand that any falsification of this statement is punishable under the provisions 18 U.S.C. Section 1001 by a fine of not more than $10,000.00 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 522a(i)(3) by a fine of not more than $5,000.00.

*[signature]*
MARK W. DUBUQUE

Date: 31 MARCH 2015

# REQUESTED RECORDS

All documents pertaining to MARK WILLIAM DUBUQUE, including but not limited to the following:

1. Clearance requests, background checks, investigations, and inquiries (all investigations and Standard Forms);

2. Agreements between Mr. Dubuque and the United States (or any agency or department thereof), including but not limited to agreements related to Boeing Classified Work;

3. Documents relating to Mr. Dubuque's clearance to work on any Special Access Programs, including but not limited to:

    A. Any occasion on which any of Mr. Dubuque's ability to work on one or more Special Access Programs was suspended (whether formally or informally and whether temporarily or permanently), revoked, terminated and/or reinstated, and

    B. The current status of Mr. Dubuque's clearance to work on Special Access Programs;

4. Any and all written correspondence concerning Mr. Dubuque between the Boeing Corporation (or any division, subsidiary, officer, employee or agent thereof) and the United States (or any agency of department thereof);

5. Any and all documents pertaining to oral communications concerning Mr. Dubuque between the Boeing Corporation (or any division, subsidiary, officer, employee or agent thereof) and the United States (or any agency of department thereof);

6. Any and all incident reporting associated with Mr. Dubuque;

7. Adjudication discussions and communications;

8. All documents relating to an inquiry or investigation of Mr. Dubuque conducted by the Air Force Office of Special Investigations, which began in 2013 and which continued into 2014 and/or 2015, including but not limited to:

    A. Notes and reports of Daniel Sherman (Daniel.sherman.3@us.af.mil);

    B. Documents showing the dates, times and locations of any travel done by Daniel Sherman in connection with the investigation of Mr. Dubuque;

    C. Notes and report of Michael Christmas (Michael.christmas@ogn.af.mil: 850-883-0425);

    D. Notes and reports not included in items 8.A. and 8.C., above;

ATTACHMENT 1

E. Documents relating to any communications with Atessa, Inc. (www.atessainc.com);

F. Documents relating to Unclassified Encrypted Communication Documents;

G. Documents related to any allegation that Mr. Dubuque deleted computer files, documents or data;

H. Documents relating to any forensic or other investigation of cloned images of Mr. Dubuque's work and/or personal computer, including but not limited to the results of any such investigation; the names of all persons conducting any such investigation; the names of all persons present while such investigation was being conducted; the names of all persons who handled and/or observed Mr. Dubuque's personal computer during or in connection with such investigation; and the names of all persons who were provided information concerning the results of any such investigation;

I. Documents relating to any polygraph examination (whether or not concluded), including but not limited to a polygraph examination conducted on or about December 10, 2013, including but not limited to the name of the person conducting the examination; the questions asked and the answers given, and the results and analysis of the results;

J. Any communications to, from, or with The Boeing Corporation (or any division, subsidiary, officer, employee or agent thereof) concerning the investigation, including but not limited to any communications in which any officer, employee or agent of The Boeing Corporation provided or suggested to any officer, employee or agent of the United States the topics that should be addressed with Mr. Dubuque, any polygraph questions that should be asked of Mr. Dubuque; and any interview questions that should be asked of Mr. Dubuque.

ATTACHMENT 1

