UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF MISSOURI

| | | |
|---|---|---|
| MARK W. DUBUQUE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. 15-1793 |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF THE AIR FORCE | ) | |
| | ) | |
| and | ) | |
| | ) | |
| AIR FORCE OFFICE OF SPECIAL | ) | |
| INVESTIGATIONS | ) | |
| | ) | |
| Defendants. | ) | |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

COME NOW the parties, by and through undersigned counsel, and hereby stipulate to the

dismissal of Plaintiff's Complaint with prejudice, pursuant to Federal Rule Civil Procedure 41(a)

(1)(A)(ii).  Each party to bear its own costs.

Respectfully submitted,

**CAPES, SOKOL, GOODMAN & SARACHAN, P.C.**


By:      /s/ Drey A. Cooley
Drey A. Cooley, # 58784MO
7701 Forsyth Blvd., 12th Floor
St. Louis, MO  63105
(314) 721-7701 – Telephone
(314) 721-0554 – Facsimile
Cooley@capessokol.com

*/s/ Christina B. Moore (w/ consent)*
Christina B. Moore, #53917MO
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, MO 63102
(314) 539-2200 - *telephone*
(314) 539-2287 – *fax*
christina.moore@usdoj.gov
Attorney for Defendants

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon all parties of record by filing a copy of the same with the Court's electronic filing service on June 15, 2016.

     /s/ Drey A. Cooley